UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROSANNA L. SMITH,

    Plaintiff,

v.              CV 611-036

TRANE U.S., INC., APRYL M. O'DELL and MAREK MAY,

    Defendants

## ORDER

The Court has been advised that the above action has been settled. Accordingly, this case is **ADMINISTRATIVELY CLOSED.** See *Heape v. Flanagan*, 2008 WL 2439736 (S.D.Ga. 6/9/08) at * 3 n. 7 (S.D.Ga. 6/9/08) (unpublished); 607CV012, doc. # 21 at 4 n. 7.

At this point the parties have two options: (1) do nothing, in which case the Court will, in thirty days from the date this Order is served, dismiss this case with prejudice; or (2) within that same time period present a *Kokkonen*-based,[1] F.R.Civ.P. 41(a)(2) dismissal judgment incorporating their settlement so that the Court may retain jurisdiction to enforce it.

This   13th   day of March, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] See *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994).