UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 MAR 13  AM 9: 52

CLERK_____
SO. DIST. OF GA.

ROSANNA L. SMITH,

    **Plaintiff,**

v.             CV 611-036

TRANE U.S., INC., APRYL M. O'DELL and
MAREK MAY,

    **Defendants**

## O R D E R

The Court has been advised that the above action has been settled. Accordingly, this case is ***ADMINISTRATIVELY CLOSED.*** *See Heape v. Flanagan*, 2008 WL 2439736 (S.D.Ga. 6/9/08) at * 3 n. 7 (S.D.Ga. 6/9/08) (unpublished); 607CV012, doc. # 21 at 4 n. 7.

At this point the parties have two options: (1) do nothing, in which case the Court will, in thirty days from the date this Order is served, dismiss this case with prejudice; or (2) within that same time period present a *Kokkonen*-based,[1] F.R.Civ.P. 41(a)(2) dismissal judgment incorporating their settlement so that the Court may retain jurisdiction to enforce it.

This __13th__ day of March, 2012.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994).